JUNE TERM
1835.

Casey
v.
Smales.

———⊷✳⊶———

## MORGAN CASEY v. DAVID SMALES.

1. Suit on a bond—plea that the bond was fraudulently obtained by plff.—that the consideration was a slave sold by plff. at public sale— who to induce others to bid, himself bid $500—that the slave was af- flicted with a hidden disease well known to plff.—that defd. offered to return the slave. Held, that the plea was good.

APPEAL from the circuit court of Washington county.

Opinion of the court delivered by TOMPKINS, J.

Suit on bond— plea that the bond was fraudulently obtained by plff.— that the consider- ation was a slave sold by plff. at public sale—who to induce others

Smales commenced his action on a bond by petition and summons against Casey. Casey pleaded that the bond was fraudulently obtained, and proceeding to state specially the fraudulent conduct of Smales, charged that the consideration of the bond was a negro man slave pub- licly exposed to sale by Smales to the highest bidder, and to induce others to bid for said slave, said Smales did him-

self bid five hundred dollars for him, that the slave was at the time afflicted with a disease which could not be discovered by outward appearances, and that Smales well knew it, and that he, Casey, deceived by the sound appearance of the slave, and the conduct of Smales did bid for the negro the sum of money to secure the payment of which this bond was given. Casey also alleged that he offered to return the negro slave. The plaintiff demurred to this plea and the circuit court having sustained the demurrer Casey appeals to this court to reverse the judgment of that court. Here it is alleged in the plea that the slave was unsound, that the unsoundness was of a character not to be discovered by outward appearances, that this was well known to Smales the vendor, and that in order to deceive others and induce them to bid, he did bid himself &c. All this is well pleaded and the demurrer then admits the truth of the plea. The demurrer to this plea ought then in our opinion to have been overruled. The judgment of the circuit court is therefore reversed and the cause remanded.

JUNE TERM 1835.

